## (February 10, 1976)

■ In the Matter of MORRIS ROKOWSKY, Respondent, v FINANCE ADMIN-ISTRATOR OF THE CITY OF NEW YORK et al., Appellants.—Order, Supreme Court, Bronx County, entered on April 15, 1975, unanimously affirmed on the opinion of Sarafite, J., at Special Term, Part IV, without costs and without disbursements. No opinion. Concur—Murphy, J. P., Lupiano, Silverman, Lane and Yesawich, JJ. [80 Misc 2d 801.]

■ ERIE LACKAWANNA RAILWAY COMPANY, Appellant, v HOUSE OF BUD/BUD ANTLE, INC., Respondent.—Order and judgment, Supreme Court, New York County, entered on July 2, 1975 and July 21, 1975, respectively, unanimously affirmed for the reasons stated by Ascione, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Silverman and Lane, JJ.

■ AUREA VINA, Respondent, v WILLIAM H. VINA, Individually and Doing Business as Pan American Travel Bureau, Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on or about April 18, 1975, and judgment entered thereon on April 25, 1975, unanimously affirmed for the reasons stated by Amsterdam, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Silverman and Lane, JJ.

■ DENA ADLER, Respondent, v SHERMAN ADLER, Appellant.—Judgment, Supreme Court, New York County, entered on December 12, 1974, which, *inter alia,* directed payment of $150 per week for child support, unanimously modified, on the facts and in the exercise of discretion, to the extent of reducing the award of child support to $125 per week and otherwise affirmed, without costs and without disbursements. We conclude that, on the basis of this record, the amount awarded for child support was excessive to the extent indicated. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ WALTER H. MANLEY, Appellant, v 54/55 SIXTH REALTY CORP. et al., Respondents.—Order, Supreme Court, New York County, entered on July 30, 1975, unanimously affirmed for reasons stated at Special Term, and that the respondent Shirley K. Manley recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Murphy, J. P, Lupiano, Birns and Silverman, JJ.

■ In the Matter of CONCOURSE NURSING HOME et al., on Their Own Behalf and on Behalf of All Other Nursing Homes Similarly Situated, Appellants, v HOLLIS S. INGRAHAM, as Commissioner of Health of the State of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 24, 1973, unanimously affirmed for reasons stated at Special Term, and that the respondents recover of the appellants $60 costs and disbursements of this appeal. No opinion. Concur—Murphy, J. P., Lupiano, Birns and Lane, JJ.